SCOTT N. JOHNSON, ESQ. – SBN 166952
Law Offices of Scott N. Johnson
5150 Fair Oaks Boulevard, Suite 101
Carmichael, CA 95608-5758
(916) 485-3516 Telephone
(916) 481-4224 Facsimile

Attorneys for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br>　　　Plaintiff,<br>　vs.<br>MK & JJ Stroing, Inc., et al,<br>　　　Defendants | 2:08-cv-00059-FCD-GGH<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT MK & JJ STROING, INC.<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

PLEASE TAKE NOTICE THAT, defendants not yet appearing, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Defendant MK & JJ Stroing, Inc. only. This case is to remain open as to remaining Defendants Cameron Park Plaza, LP, Bernard Monetta and Nadine Monetta.

Dated: March 25, 2008

Law Offices of Scott N. Johnson

/s/Scott N. Johnson_____
SCOTT N. JOHNSON,
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: April 11, 2008

_____
Judge of the United States District Court

1

REQUEST FOR DISMISSAL